# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
RAKEEM WALLER

Case No: 07-CR-10158-DPW-001

USM No: 26539-038

Date of Original Judgment: 08/12/2008

Date of Previous Amended Judgment: ____________

*(Use Date of Last Amended Judgment if Any)*

Stephen J. Weymouth
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____________ months **is reduced to** ____________.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/12/2008 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 9/24/13

Douglas P. Woodlock
*Judge's signature*

Effective Date: ____________
*(if different from order date)*

Douglas P. Woodlock, U.S.D.J.
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 2 of 2 (Page 2 Not for Public Disclosure)

DEFENDANT: RAKEEM WALLER
CASE NUMBER: 07-CR-10158-DPW-001
DISTRICT: District of Massachusetts

**I. COURT DETERMINATION OF GUIDELINE RANGE** ***(Prior to Any Departures)***

Previous Total Offense Level: ________ Amended Total Offense Level: ________
Criminal History Category: ________ Criminal History Category: ________
Previous Guideline Range: ______ to ______ months Amended Guideline Range: ______ to ______ months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. ADDITIONAL COMMENTS**